IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KEVIN JOSEPH REESE, #1483561 | § | |
| VS. | § | CIVIL ACTION NO. 6:12cv643 |
| TDCJ-CID | § | |

## ORDER OF DISMISSAL

Plaintiff Kevin Joseph Reese, an inmate confined in the Texas prison system, filed the above-styled and number petition for a writ of mandamus against the prison system. The petition was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the petition should be denied. Reese has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Reese to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by Reese are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of mandamus is **DENIED** and the case is **DISMISSED** with prejudice. All motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 5th day of December, 2012.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE